AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**FERNANDO ROSELES**
**DOB:** xx/xx/81
**PDID:** xxx-xxx

**(Name and Address of Defendant)**

## CRIMINAL COMPLAINT

**CASE NUMBER:**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __December 06, 2006__ in __WASHINGTON__ county, in the _____ District of __COLUMBIA__ defendant(s) did, (Track Statutory Language of Offense)

**did knowingly possess documents prescribed by statute or regulation for entry into and as evidence of authorized stay and employment in the United States, that is a permanent resident card knowing it to be forged, counterfeited, altered, and falsely made.**

in violation of Title __18__ United States Code, Section(s) __1546(a)__ .

I further state that I am __PRIVATE SEAN D'AUGOSTINE__, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

Signature of Complainant
**PRIVATE SEAN D'AUGOSTINE**
**UNITED STATES PARK POLICE**

Sworn to before me and subscribed in my presence,

_____   at   __Washington, D.C.__
Date                                      City and State

_____        _____
**Name & Title of Judicial Officer**            **Signature of Judicial Officer**

**STATEMENT OF FACTS**

On Wednesday, December 6,, 2006, at about 3:16 p.m., sworn officers with the United States Park Police while on patrol in the 7900 Block of 16th Street, N.W. Washington, D.C., observed two males conducting a hand to hand transaction.  From the officer's training, this behavior is consistent with individuals distributing illegal documents.  As the officer approached, the defendant, FERNANDO ROSELES, attempted to flee and was apprehended.  The defendant handed the officer a permanent resident identification card with the name JOAQUIN ANTONIO ROSALES .  The officer asked the defendant if the identification card was his and he said no.  Based on your affiant's experience, the card was falsely made.  The defendant stated to the officer that he needed the "ID" to work and that the picture was actually a friend at work.  The defendant was placed under arrest and transported to 3D for processing.

                                         PRIVATE SEAN D'AUGOSTINE
                                         UNITED STATES PARK POLICE

SWORN AND SUBSCRIBED BEFORE ME
ON THIS ____ DAY OF DECEMBER, 2006

                                         U.S. MAGISTRATE JUDGE